| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mayeron, Janie S. | U.S. District Court-Minnesota | 08/12/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge-FT | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

632 U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | MacPhail Center For Music |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 08/12/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Rational Energies - Wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 08/12/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Funds American Balanced Fund Class F | A | Dividend | K | T | | | | | |
| 2. Lord Abbett Fundamental Equity Class A | B | Dividend | N | T | | | | | |
| 3. SunAmerica Alternative Strategies Fund Class A | | None | | | Sold | 04/24/12 | K | | |
| 4. Fiserve Inc. - Common | | None | P1 | T | | | | | |
| 5. Fiserve Inc. - Restricted | | None | M | T | | | | | |
| 6. Franklin/Templeton Global Bond Fund Class C | B | Dividend | K | T | Buy | 04/24/12 | K | | |
| 7. Berkshire Hathaway Inc. | | None | M | T | | | | | |
| 8. Pioneer Global High Yield FD CL A | D | Dividend | M | T | | | | | |
| 9. FT Templeton Global Bond A | D | Dividend | M | T | | | | | |
| 10. Mass Mutual Financial Group | A | Dividend | K | T | | | | | |
| 11. U.S. Bank Account | A | Interest | K | T | | | | | |
| 12. Wells Fargo Accounts | A | Interest | M | T | | | | | |
| 13. Northwestern Mutual Whole Life | C | Dividend | M | T | | | | | |
| 14. Northwestern Mutual Whole Life | A | Dividend | K | T | | | | | |
| 15. IBM-Common | A | Dividend | J | T | Donated (part) | | | | |
| 16. Northwestern Mutual Whole Life | B | Dividend | L | T | | | | | |
| 17. Mass Mutual Financial Group, Group Universal Life IRA #1 | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Vanguard LifeStrategy Moderare Growth Fund | | None | M | T | | | | | |
| 19. Pioneer Global High Yield FD CL A | D | Dividend | M | T | | | | | |
| 20. American Funds AMCAP FD CL A | A | Dividend | L | T | | | | | |
| 21. American Funds New Perspective CL A | A | Dividend | L | T | | | | | |
| 22. American Funds Capital World Growth & Income Fund Class A | B | Dividend | M | T | | | | | |
| 23. General Motors Accep Corp Smartnotes Book Entry | B | Interest | J | T | Sold (part) | 09/15/12 | K | | |
| 24. American Funds American Balanced Fund Class A | B | Dividend | M | T | Sold (part) | 04/24/12 | J | | |
| 25. Govt Natl Mtg Assn Pool | A | Interest | J | T | | | | | |
| 26. Fidelity Adv Mid Cap II- CL A | | None | M | T | | | | | |
| 27. CenterCoast MLP Focus Fund Class A | C | Dividend | L | T | Buy | 04/24/12 | K | | |
| 28. Black Rock Global Allocation Fund Inc A | A | Dividend | K | T | Buy | 09/18/12 | K | | |
| 29. UBS Bank USA Dep Acct. | A | Interest | J | T | | | | | |
| 30. Mankato MN ISD #77 Tax SR A | D | Interest | M | T | | | | | |
| 31. Metropolitan Council GO Ref Waste WTR Treatment Ser A B/E UT | C | Interest | M | T | | | | | |
| 32. Minnesota Agric & Econ Dev Brd Rev 5.92% MBIA Fairview Hosp | A | Interest | J | T | | | | | |
| 33. Robbinsdale MN ISD #281 FSA Ser A B/E UT | B | Interest | | | Sold | 02/01/12 | L | | |
| 34. Edina Mn Indpt SD Go #273 B/E UT | C | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Hasting MN ISD #200 GO FSA St. Cred Prog Ref Ser-AUT B/E | B | Interest | K | T | | | | | |
| 36. Melrose Mn GO Impt BE UT | B | Interest | | | Sold | 02/01/12 | L | | |
| 37. Northfield, MN Economic Dev. Auth Pub Proj Rev SER-A B/E | A | Interest | | | Sold | 02/01/12 | K | | |
| 38. St. Michael, MN ISD GO FSA SD Cred Prog ▢ UT B.E O/Y 5.13 | B | Interest | | | Sold | 02/01/12 | L | | |
| 39. Illinois Dev Fin Auth Rv Cmnty Rehab Providers A B/E | A | Interest | | | Sold | 07/01/12 | J | A | |
| 40. Eaton Vance Minnesota Municpal Income Fund Class L | D | Interest | N | T | | | | | |
| 41. Farmington MN ISD ▢ Ser ▢ | C | Interest | M | T | | | | | |
| 42. Farmington MN ISD ▢ Ser ▢ | B | Interest | L | T | | | | | |
| 43. Minnesota St. Higher Ed F Seven RV | C | Interest | M | T | | | | | |
| 44. Hopkins MN ISD ▢ | C | Interest | M | T | | | | | |
| 45. Chisago Lakes ISD ▢ | B | Interest | L | T | | | | | |
| 46. Hennepin Cnty Minn RFDG | C | Interest | M | T | | | | | |
| 47. Orono MN ISD No. ▢ | C | Interest | M | T | | | | | |
| 48. Spring Lk Pk MN SD ▢ | C | Interest | L | T | | | | | |
| 49. Cloquet MN Indpt Sch SRA | B | Interest | K | T | | | | | |
| 50. Pioneer Strategic Incm CL A | C | Dividend | L | T | | | | | |
| 51. American Funds AMCAP Fd CL-A | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Funds New Perspective CL A | B | Dividend | L | T | | | | | |
| 53. American Funds Capital World Growth & Income | B | Dividend | L | T | | | | | |
| 54. Enterprise Products Partner LP | B | Interest | K | T | | | | | |
| 55. Oneok Partnership LP | C | Dividend | L | T | | | | | |
| 56. Center Coast MLP Focus Fund Class A | C | Dividend | L | T | Buy | 03/08/12 | K | | |
| 57. | | | | | Buy | 03/20/12 | J | | |
| 58. Fidelity Adv Mid Cap II CL A | | None | M | T | | | | | |
| 59. SunAmerica Alternative Strategies Fund Class A | | None | | | Sold | 07/18/12 | K | | |
| 60. Markwest Energy Partners LP Int. | C | Dividend | K | T | | | | | |
| 61. SPDR Barclays Capital Tips | A | Dividend | | | Sold | 03/08/12 | K | C | |
| 62. FT Templeton Global Bond | B | Dividend | K | T | | | | | |
| 63. Rose Rock Midstream LP MLP | A | Dividend | K | T | Buy | 07/18/12 | K | | |
| 64. UBS Bank USA Dep Acct. | A | Interest | L | T | | | | | |
| 65. RMA Money Mkt. Portfolio | | None | J | T | | | | | |
| 66. RMA Tax Free Fund Inc | A | Interest | L | T | | | | | |
| 67. NWQ International Money Manager (H) Account (UBS ▢ )(Header) | | | | | | | | | |
| 68. Ageas Spon ADR | A | Dividend | J | T | Buy | 04/10/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Allianz SE ADR | A | Dividend | J | T | Sold (part) | 11/27/12 | J | A | |
| 70. -Alstom ADR | A | Dividend | J | T | | | | | |
| 71. -Alumina LTD Spon ADR | A | Dividend | J | T | | | | | |
| 72. -Anglogold Ashanti LTD New Spon ADR | A | Dividend | J | T | | | | | |
| 73. -Astrazeneca PLC Spon ADR | A | Dividend | | | Sold | 09/07/12 | J | | |
| 74. -Axis Capital Holdings LTD Shs | A | Dividend | J | T | | | | | |
| 75. -Barrick Gold Corp Cad | A | Dividend | J | T | | | | | |
| 76. -Cameco Corp Canada CAD | A | Dividend | J | T | | | | | |
| 77. -Carrefour SA Spon ADR | A | Dividend | J | T | Buy (add'l) | 07/24/12 | J | | |
| 78. | | | | | Sold (part) | 08/31/12 | J | | |
| 79. -Centrais Eletricas Bras SA Spon ADR Rep 50 Com | A | Dividend | J | T | | | | | |
| 80. -Credit Suisse Group Spon ADR | A | Dividend | J | T | | | | | |
| 81. -DAI Nippon Printing Co Spon ADR | A | Dividend | J | T | | | | | |
| 82. -DAICHI Sankyo Co LTD Spon ADR | A | Dividend | J | T | | | | | |
| 83. -East Japan Railway Co ADR | A | Dividend | J | T | | | | | |
| 84. -Electricite De France ADR | A | Dividend | J | T | | | | | |
| 85. Ericsson Sek 10 New 2002 ADR | A | Dividend | J | T | Buy | 02/08/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | -Finmeccanica Spa ADR | A | Dividend | J | T | | | | | |
| 87. | -Fuji Film Holdings Corp ADR | A | Dividend | J | T | | | | | |
| 88. | -Glaxo Smithkline PLC ADR | A | Dividend | J | T | | | | | |
| 89. | -Gold Fields LTD Spon ADR | A | Dividend | J | T | | | | | |
| 90. | -Hachijuni Bank LTD ADR | A | Dividend | J | T | Sold (part) | 10/24/12 | J | | |
| 91. | -Home Retail Group PLC Spon ADR | A | Dividend | J | T | Sold (part) | 10/24/12 | J | | |
| 92. | -Impala Platinum Hldg Ltd. Spon | A | Dividend | J | T | Buy | 02/22/12 | J | | |
| 93. | | | | | | Buy | 08/23/12 | J | | |
| 94. | -ING Group NVNL Spon ADR | | None | J | T | Buy | 06/27/12 | J | | |
| 95. | -KB Finl Group Inc. Spon ADR | | None | J | T | Buy | 12/20/12 | J | | |
| 96. | -Kinross Gold Corp New CAD | A | Dividend | J | T | | | | | |
| 97. | -Korea Electric Power Crp Spon ADR | | None | J | T | Sold (part) | 12/17/12 | J | | |
| 98. | | | | | | Sold (part) | 12/21/12 | J | | |
| 99. | -Manpower Inc. Wis. | A | Dividend | J | T | Buy | 07/20/12 | J | | |
| 100. | -Marine Harvest ASA ADR | | None | J | T | | | | | |
| 101. | -Mosaic Co. | | None | J | T | Buy | 11/14/12 | J | | |
| 102. | -MS&AD Ins Group Hldgs ADR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Newcrest Mining LTD Spon Australia ADR | A | Dividend | J | T | | | | | |
| 104. -Nexen Inc CAD | A | Dividend | | | Sold (part) | 07/23/12 | J | A | |
| 105. | | | | | Sold | 08/11/12 | J | A | |
| 106. -Nintendo LTD ADR New Japan ADR | A | Dividend | J | T | | | | | |
| 107. -Nippon Teleg & Tel Corp Spon ADR | A | Dividend | J | T | | | | | |
| 108. -Nokia Corp Spon ADR Finland ADR | A | Dividend | | | Sold (part) | 09/21/12 | J | | |
| 109. | | | | | Sold | 09/25/12 | J | | |
| 110. -OAO Gazprom Level 1 ADR Program (Russia) Spon ADR | A | Dividend | J | T | | | | | |
| 111. -P.T. Telekomunikasi Indonesia Spon ADR | A | Dividend | | | Sold (part) | 04/07/12 | J | A | |
| 112. | | | | | Sold | 07/09/12 | J | A | |
| 113. -Panasonic Corp Spon ADR | A | Dividend | J | T | | | | | |
| 114. -Polyus Gold Intl LTD Spon GDR | | None | J | T | Sold (part) | 12/27/12 | J | | |
| 115. -Rohm Co LTD ADR | A | Dividend | J | T | | | | | |
| 116. -Sanofi Spon ADR | A | Dividend | J | T | Sold (part) | 03/08/12 | J | A | |
| 117. -Sekisui House LTD Spon ADR | A | Dividend | J | T | | | | | |
| 118. -Seven & I Hldgs Co LTD ADR | | Dividend | J | T | | | | | |
| 119. -Shiseido Co LTD Spons ADR Japan | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Siemens A G Spon ADR | A | Dividend | J | T | | | | | |
| 121.  -SK Telecom Co LTD ADR | A | Dividend | J | T | Sold (part) | 10/16/12 | J | | |
| 122.  -Societe Generale France Spons ADR ADR | A | Dividend | J | T | Sold (part) | 02/08/12 | J | | |
| 123.  -Sumitomo Mitsui Trust Holdings Spon ADR | A | Dividend | J | T | | | | | |
| 124.  -Swisscom AG Spon ADR | A | Dividend | J | T | | | | | |
| 125.  -Talisman Energy Inc CAD | A | Dividend | J | T | | | | | |
| 126.  -Telecom Italia Spa New Repstg 10 Savings Shs Spon ADR | A | Dividend | J | T | | | | | |
| 127.  -Teva Pharmaceuticals Ind Ltd | A | Dividend | J | T | Buy | 09/10/12 | J | | |
| 128. | | | | | Buy (add'l) | 12/12/12 | J | | |
| 129.  -TNT Express N V ADR | A | Dividend | | | Sold (part) | 01/18/12 | J | | |
| 130. | | | | | Sold (part) | 07/09/12 | J | | |
| 131.  -Toyota Motor Corp New Japan Spon ADR | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 132.  -Transocean LTD Chf | A | Dividend | J | T | Sold (part) | 04/03/12 | J | A | |
| 133. | | | | | Sold (part) | 12/08/12 | J | A | |
| 134.  Vivendi SA ADR | A | Dividend | J | T | Buy | 03/08/12 | J | | |
| 135. | | | | | Buy (add'l) | 04/10/12 | J | | |
| 136. | | | | | Sold (part) | 07/13/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 12 of 18

**Name of Person Reporting**

Mayeron, Janie S.

**Date of Report**

08/12/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Vodaphone Group PLC New Spon ADR | A | Dividend | J | T | | | | | |
| 138. -Wacoal Holdings Corp ADR | A | Dividend | J | T | | | | | |
| 139. -Wolters Kluwer NV Sponsored ADR Netherlands ADR | A | Dividend | J | T | | | | | |
| 140. Tealwood #70 (H) | | | | | | | | | |
| 141. -Amer Tower Corp Cl A | A | Dividend | J | T | | | | | |
| 142. -Black Hills Corp | A | Dividend | | | Sold | 02/12/12 | J | A | |
| 143. -Canadian Oil Sands LTD CAD | A | Dividend | J | T | | | | | |
| 144. -China Mobile LTD Spon ADR | | None | | | Sold | 04/17/12 | J | A | |
| 145. -Diamond Offshore Drilling Inc | A | Dividend | J | T | | | | | |
| 146. -Glaxo SmithKline | A | Dividend | J | T | Buy | 02/17/12 | J | | |
| 147. -Heinz NJ Co. | A | Dividend | J | T | Buy | 04/18/12 | J | | |
| 148. -Meredith Corp. | A | Dividend | J | T | Buy | 03/23/12 | J | | |
| 149. -Norfolk Sthn Corp. | A | Dividend | J | T | Buy | 05/01/12 | J | | |
| 150. -Transcanada Corp (Holding Co) CAD | A | Dividend | J | T | | | | | |
| 151. -Verizon Communications Inc | A | Dividend | J | T | | | | | |
| 152. -Equinox Inc NTS Conv B/E | A | Interest | | | Sold | 01/26/12 | J | B | |
| 153. -Cadence Design Systems Inc NTS | A | Interest | | | Sold | 11/13/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Flotek Industries Inc Conv | | None | J | T | | | | | |
| 155. -Coeur D'Alene Mines Corp NTS Conv | A | Interest | J | T | | | | | |
| 156. -Omnicare Inc. Conv. Debs | | None | J | T | Buy | 12/12/12 | J | | |
| 157. Starlite Industries India Ltd. | A | Interest | J | T | Buy | 02/13/12 | J | | |
| 158. -Brookfield Infrastructure Partners LP MLP | A | Dividend | J | T | | | | | |
| 159. -Dorchester Minerals LP MLP | A | Dividend | J | T | | | | | |
| 160. -Terra Nitrogen Co LP Com Unit MLP | | None | J | T | | | | | |
| 161. -Scholastic Corp NTS | A | Interest | J | T | | | | | |
| 162. -Leucadia Natl Corp Senior NTS | A | Interest | J | T | | | | | |
| 163. -Wells Fargo Cap Pref Securities (FWF) | A | Interest | | | Sold | 02/28/12 | J | A | |
| 164. -AMG Cap Tr 1 Preferred | | None | J | T | | | | | |
| 165. -Chesapeake Energy Corp Conv Preferred | | None | | | Sold | 04/11/12 | J | | |
| 166. -Forest City Enterprises Conv Preferred | | None | J | T | | | | | |
| 167. Tealwood #71 (H) | | | | | | | | | |
| 168. -Acxiom Corp | | None | | | Sold (part) | 01/18/12 | J | | |
| 169. | | | | | Sold | 06/07/12 | J | B | |
| 170. -Agnico Eagle Mines LTD Canada CAD | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -American Science & Engineering Inc | | None | | | Sold | 01/27/12 | J | A | |
| 172. -Birchcliff Energy Ltd CAD | | None | | | Sold | 03/22/12 | J | | |
| 173. -Canadian Oil Sands Ltd CAD | A | Dividend | J | T | | | | | |
| 174. -Cimarex Energy Co | A | Dividend | J | T | Sold (part) | 01/19/12 | J | A | |
| 175. -Compania Cervecerias Unidas S A Chile Spon ADR | A | Dividend | J | T | | | | | |
| 176. -Digital Generation Inc Com | | None | | | Sold | 08/15/12 | J | | |
| 177. -Digital River Inc | | None | | | Sold | 12/20/12 | J | | |
| 178. -Dun & Bradstreet Corp New | A | Dividend | J | T | | | | | |
| 179. -Enhanced Oil Resources Inc. | A | Interest | J | T | | | | | |
| 180. -Enstar Group Ltd ORD | | None | J | T | | | | | |
| 181. -Equinox Inc New | | None | | | Sold (part) | 01/30/12 | J | A | |
| 182. | | | | | Sold | 06/07/12 | J | B | |
| 183. -Fiserv Inc | | None | J | T | | | | | |
| 184. -Fleetcor Technologies | | None | J | T | Buy | 03/16/12 | J | | |
| 185. -FXCM Inc | A | Dividend | | | Sold | 03/08/12 | J | | |
| 186. -Golar Lng Ltd. | A | Dividend | J | T | Buy | 07/20/12 | J | | |
| 187. -IAC Interactive Corp. Idacorp Inc. | A | Dividend | J | T | Buy | 06/27/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -ICG Group Inc Com | | None | J | T | | | | | |
| 189. -Interdigital Inc (PA) | A | Dividend | | | Sold | 03/13/12 | J | A | |
| 190. -Intrepid Potash Inc | | None | | | Sold | 05/31/12 | J | | |
| 191. -Jazz Pharmaceuticals PLC | | None | J | T | Buy | 04/16/12 | J | | |
| 192. -Leucadia National Corp | A | Dividend | J | T | | | | | |
| 193. -Mine Safety Appliances Co | A | Dividend | J | T | | | | | |
| 194. -Neustar Inc Cl A | | None | J | T | | | | | |
| 195. -Northern Oil & Gas Inc (MN) | | None | J | T | | | | | |
| 196. -Portfolio Recovery Assoc Inc | | None | J | T | | | | | |
| 197. -Principal Financial Group Inc | A | Dividend | J | T | | | | | |
| 198. -Pure Cycle Corp New | | None | J | T | | | | | |
| 199. -Rovi Corp Com | | None | J | T | Buy | 01/10/12 | J | | |
| 200. | | | | | Buy | 07/26/12 | J | | |
| 201. -RPX Corp | | None | J | T | Buy | 10/26/12 | J | | |
| 202. -Semafo Inc CAD | A | Dividend | | | Sold | 05/22/12 | J | | |
| 203. -Sohu Com Inc | | None | | | Sold | 03/12/12 | J | | |
| 204. -Swift Energy Co (Holding Co) | | None | | | Sold | 05/22/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -Torchmark Corp | A | Dividend | J | T | Buy | 07/15/12 | J | | |
| 206. -United Theropeutics Corp | | None | J | T | Buy | 01/23/12 | J | | |
| 207. -Wintrust Financial Corp | A | Dividend | J | T | | | | | |
| 208. Space Data Corp | | None | L | W | | | | | |
| 209. Rational Energies | | None | M | T | | | | | |
| 210. Rental Property, Mpls., MN Bought 5/30/02 for $221,500 | E | Rent | M | R | | | | | |
| 211. American Funds-Intermediate Bond Fund of America | A | Dividend | K | T | | | | | |
| 212. American Funds-Capital World Bond Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 08/12/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The following are explanations related to Part VII:

Lines 68-139 are reported assets under the holding account "NWQ International Money Manager Account."

Lines 141-166 are reported assets under the holding account "Tealwood #70."

Lines 168-207 are reported assets under the holding account "Tealwood #71."

Line 179 - This asset, Enhanced Oil, was bought on 11/12/08 and missed in my amended report under Tealwood #71.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Janie S. Mayeron**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544